ELIZABETH FARRELL OBERLIN, OSB No. 011107
Attorney at Law
E-mail address: oberlinlaw@hotmail.com
P.O. Box 3614
Hillsboro, OR 97123
Telephone: (503) 277-2087
Facsimile: (503) 357-4181

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TERA THAGON, | No. 10 CV-983 MO |
| Plaintiff, | STIPULATED JUDGMENT OF ORDER FOR DISMISSAL WITH PREJUDICE |
| v. | |
| COMPASS GROUP, INC., a Delaware corporation, | |
| Defendant. | |

Based upon the stipulation of Plaintiff Tera Thagon and Defendant Compass Group, Inc.,

1 - STIPULATED JUDGMENT OF ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's claims against Defendant are dismissed with prejudice and without costs or fees to any party.

//
//

DATED this 10 day of Feb 2011.

UNITED STATES DISTRICT COURT

_____
Honorable Michael W. Mosman

Stipulated to and presented by:

| LAW OFFICES OF ELIZABETH OBERLIN | LITTLER MENDELSON, P.C. |
|---|---|
| By /s/ Elizabeth Farrell Oberlin<br>Elizabeth Farrell Oberlin, OSB No. 011107<br>Attorney for Plaintiff | By /s/ Douglas S. Parker<br>Douglas S. Parker, OSB No. 821017<br>Attorney for Defendant |
| DATED: February 2, 2011. | DATED: February 2, 2011. |

2 - STIPULATED JUDGMENT OF ORDER FOR DISMISSAL WITH PREJUDICE